# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 145

In the Interest of H.W.

Dana Jystad, LSW,                                        Petitioner and Appellee

   v.

H.W.,                                                 Respondent and Appellant

## No. 20240172

Appeal from the District Court of Cass, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Nicholas S. Samuelson, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of H.W.**
**No. 20240172**

**Per Curiam.**

[¶1]     H.W. appeals the district court's orders for hospitalization and involuntary treatment with medication. She argues the court erred in finding she is a mentally ill person requiring treatment. She also argues the court erred in granting the request for involuntary treatment with medications.

[¶2]     "A district court's decision to order involuntary treatment with medication must be based upon clear and convincing evidence, and this Court reviews the district court's findings under a more probing clearly erroneous standard of review." *In re G.A.S.*, 2016 ND 136, ¶ 4, 881 N.W.2d 615. After reviewing the record, we conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]     Jon J. Jensen, C.J.
          Daniel J. Crothers
          Lisa Fair McEvers
          Jerod E. Tufte
          Douglas A. Bahr